Núm. 7787.—The National City Bank of N. Y., apldo. *v.* Benítez Sugar Co. et al., aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮▮ Julio 6, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede sin la asistencia de las partes, apareciendo que la Corte de Distrito de San Juan en el pleito de epígrafe sobre cobro de pagarés dictó sentencia en abril 18, 1938, declarando con lugar la demanda en cuanto a la demandada Carlota Benítez; que dicha demandada apeló de 'tal sentencia en mayo 21,

1938; que habiendo optado por el procedimiento sobre transcripción de la evidencia para perfeccionar su apelación, en sustitución del pliego de excepciones y exposición del caso, radicó con fecha 3 de junio del corriente año, o sea tres días después de transcurrido el término que para ello fija la ley estableciendo dicho procedimiento, un escrito solicitando de la corte una orden para que por el taquígrafo se procediera a preparar la transcripción de·la evidencia; que con fecha 3 de junio de 1938, se dictó por la corte la orden solicitada disponiendo que por el taquígrafo se procediera a preparar la transcripción de la evidencia a los efectos de la apelación establecida por la demandada, concediéndosele el término de veinte días que para ello fija la ley; y, apareciendo además que ha transcurrido el término de veinte días, sin que se haya radicado la transcripción de la evidencia a los efectos de la apelación establecida por la demandada Carlota Benítez, ni se ha solicitado, ni concedido por la corte prórroga alguna para la presentación de dicha transcripción, se declara con lugar dicha moción· y se desestima por abandono la apelación interpuesta por Carlota Benítez contra la sentencia arriba mencionada.

El Juez- Asociado Sr: De Jesús no intervino.